# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 1968 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 107 DB 2013 |
| v. | : | |
| | : | Attorney Registration No. 309496 |
| JEFFREY AARON BLAKER, | : | |
| Respondent | : | (Philadelphia) |

## O R D E R

**PER CURIAM:**

**AND NOW**, this 1st day of October, 2014, on certification by the Disciplinary Board that the respondent, Jeffrey Aaron Blaker, who was suspended by Order of the Court dated November 15, 2013, for a period of one year retroactive to September 18, 2013, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa.R.D.E., and there being no other outstanding order of suspension or disbarment, Jeffrey Aaron Blaker is hereby reinstated to active status, effective immediately.